IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**LATORIA DIMETRIA BROWN,**

    **Plaintiff,**

vs.                                                              CASE NO. 4:07CV175-SPM/AK

**DR. CARBONELL, et al,**

    **Defendants.**

    _____/

**REPORT AND RECOMMENDATION**

    Plaintiff filed the complaint in this cause on April 12, 2007, but did not pay the filing fee or file a motion for leave to proceed IFP. (Doc. 1). Upon receiving the motion for IFP, an initial fee was assessed and Plaintiff was ordered to pay $34.00 by July 20, 2007. (Doc. 7). Plaintiff moved to stay these proceedings indefinitely (doc. 8), which was denied and she was given through October 10, 2007, to pay the initial fee. (Doc. 10). When no fee was forthcoming, an order to show cause was entered directing that a response be made by December 12, 2007, or it would be recommended that this cause be dismissed. (Doc. 11). As of this date, there has been no response to the order and no further communication from Plaintiff.

    A trial court has inherent power to dismiss a case *sua sponte* for failure to prosecute. Link v. Wabash Railroad, 370 U.S. 626, 82 S. Ct. 1386, 8 L.Ed2d 734 (1962). Fed. R. Civ. P. 41(b) also authorizes a district court to dismiss an action for

failure to obey a court order.  Plaintiff has failed to comply with two orders of this Court directing that she pay the initial filing fee (docs. 7 and 10) and has not otherwise prosecuted his lawsuit.  Consequently, this case should be dismissed.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED** with prejudice.

**IN CHAMBERS** at Gainesville, Florida, this 7th Day of March, 2008.

S/ A Kornblum
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**

**NOTICE TO THE PARTIES**

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

No. 4:07CV175-SPM/AK