IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

LATORIA DIMETRIA BROWN,

    Plaintiff,

vs.                                  Case No. 4:07-CV-175-SPM/AK

DR. CARBONELL, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

**THIS CAUSE** comes before the Court upon the magistrate judge's Report and Recommendation (doc. 12). The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Report and Recommendation (doc. 12) is ADOPTED and incorporated by reference in this order.

2. This case is *dismissed with prejudice* for failure to prosecute and to obey orders of the Court.

**DONE AND ORDERED** this <u>nineteenth</u> day of May, 2008.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge